LAW OFFICES OF STEVEN C. VONDRAN, P.C.
Steven C. Vondran, Esq. (SBN 232337)
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Phone: (949) 689-8752
Fax: (949) 209-0358
Email: Steve@VondranLaw.com

ATTORNEY FOR PLAINTIFF: Anthony Moreno

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORENO,<br><br>      Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. a<br>Utah Corporation, and DOES 1-25,<br><br>      Defendant(s). | Case No.:  1:10-CV-00503-OWW-SKO<br><br>**ORDER FOR REMAND TO STATE COURT**<br><br>Complaint Filed: February 18, 2010<br>Ca. Sup. Ct. (Tulare) Case#: 236305<br><br>Hearing Date:  JUNE 21, 2010<br>Dept:  AS ASSIGNED<br>Time: 10:00 AM<br>Hon.: WANGER |

     THE MOTION FOR REMAND CAME BEFORE THE COURT ON JUNE 21, 2010.

HAVING REVIEWED THE ARGUMENTS OF BOTH PARTIES AND GOOD CAUSE

SHOWING, THE COURT DOES HEREBY ORDER AS FOLLOWS:

ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1. IT IS HEREBY ORDERED THAT the above referenced case, 1:10-CV-00503-OWW-SKO, shall be immediately remanded back to the Superior Court of the State of California, County of Tulare.

2. IT IS HEREBY ORDERED THAT Plaintiff shall take no attorney fees.

IT IS SO ORDERED.

Dated: July 12, 2010                    /s/ OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

ORDER

PDF created with pdfFactory trial version www.pdffactory.com